UNITED STATES of America,
Plaintiff–Appellee,

v.

Priscilla Marilyn FINAU,
Defendant–Appellant.

No. 10–30232.

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.*

Filed June 20, 2011.

Jo Ann Farrington, Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

Jane Martinez, Law Office of Jane B. Martinez, Anchorage, AK, for Defendant–Appellant.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Priscilla Marilyn Finau appeals from the 51–month sentence imposed following her guilty-plea conviction for drug conspiracy, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A) & (B). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Finau contends that the district court erred in denying her a minor role adjustment under U.S.S.G. § 3B1.2. On appeal, Finau argues for the first time that her role should have been compared to hypothetical other "likely participants" in the conspiracy, rather than just to the role of her co-defendant. Even if this argument were not waived, Finau's speculation about other possible participants, without providing any evidentiary support, fails to meet her burden of proving that she is entitled to a minor role adjustment. *See United States v. Rosas,* 615 F.3d 1058, 1068–69 (9th Cir.2010).

Finau also contends that her sentence is substantively unreasonable. In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) factors, the sentence, six months below the bottom of the Guidelines range, is not substantively unreasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.